# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED BRANDS AND MARKETING INTERNATIONAL S.ÀR.L, | : | |
| | : | |
| Plaintiff, | : | Case No. 2:25-cv-03046-GAW |
| | : | |
| v. | : | Hon. Gail A. Weilheimer |
| | : | |
| PROHASHING, LLC, | : | |
| | : | JURY TRIAL DEMANDED |
| Defendant. | : | |

## NOTICE OF ENTRY OF APPEARANCE

TO THE CLERK OF THE COURT:

    Kindly enter the appearance of Joel A. Ready, Esquire of Cornerstone Law Firm, LLC, as counsel on behalf of Defendant, Prohashing, LLC, in connection with the above-referenced matter.

                                                                            **CORNERSTONE LAW FIRM, LLC**

Date: July 11, 2025                            By: */s/* Joel A. Ready,
                                                                Joel A. Ready, Esquire
                                                                 PA Attorney I.D. 321966
                                                                 8500 Allentown Pike, STE 3
                                                                 Blandon, PA 19510
                                                                 joel@cornerstonelaw.us
                                                                 Phone: (610) 926-7875
                                                                 Fax: (484) 930-0054
                                                                 *Attorney for Defendant, Prohashing, LLC*