# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED BRANDS AND MARKETING INTERNATIONAL S.ÀR.L, | : | |
| | : | |
| Plaintiff, | : | Case No. 2:25-cv-03046-GAW |
| | : | |
| v. | : | Hon. Gail A. Weilheimer |
| | : | |
| PROHASHING, LLC, | : | |
| | : | |
| Defendant. | : | |

## ORDER GRANTING JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

Upon consideration of the parties' Joint Stipulation, and good cause appearing,

IT IS HEREBY ORDERED that the deadline for Defendant to respond to the Complaint is extended to September 24, 2025.

IT IS SO ORDERED.

Dated:  August 21, 2025             By: _____
                                        Hon. Gail A. Weilheimer
                                        United States District Judge