## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED BRANDS AND MARKETING INTERNATIONAL S.ÀR.L, : : : Plaintiff, : : v. : : PROHASHING, LLC, : : Defendant. : : : | Civil Action No.2:25-CV-03046-GAW |

### JONIT STIPULATION AND PROPOSED ORDER TO EXTEND TIME TO REPLY

Plaintiff, United Brands and Marketing International S.àr.l ("Plaintiff"), by and through its counsel, and Defendant, Prohashing LLC, ("Defendant"), by and through its counsel, hereby stipulate and agree, subject to the approval of the Court, as follows:

1. Plaintiff's deadline to file a reply brief in response to Defendant's Motion to Dismiss or, Alternatively, to Transfer Venue (the "Motion"), currently due on October 8, 2025, is hereby extended by one month, up to and including November 8, 2025.

2. This extension is requested to afford Plaintiff additional time to adequately address the issues raised in the Motion.

3. This stipulation does not alter any other deadlines established in the Court's scheduling order.

4. This extension is made in good faith and not for purposes of delay.

Accordingly, the parties respectfully request that the Court enter an order granting this joint stipulation.

(*Remainder of page left intentionally blank*)

Dated: October 7, 2025                              Respectfully submitted,

**BULL BLOCKCHAIN LAW LLP**

By: ___/s/ Andrew Bull_____
Andrew Bull (PA No. 323989)
Tyler Harttraft (PA No. 325148)
Charles Scrimalli (PA No. 332306)
21 S 11th Street
Philadelphia, PA 19107
Telephone: (215) 695-5860
Email: Andrew@bullblockchainlaw.com
Email: Tyler@bullblockchainlaw.com
Email: Charles@bullblockchainlaw.com

*Attorneys for Plaintiff*

**CORNERSTONE LAW FIRM LLC**

By: ___/s/ Joel A. Ready_____
Joel A. Ready, Esquire
PA Attorney I.D. 321966
8500 Allentown Pike, STE 3
Blandon, PA 19510
Telephone: (610) 926-7875
Email: joel@cornerstonelaw.us

*Attorneys for Defendant*