IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED BRANDS AND MARKETING INTERNATIONAL S.ÀR.L, | : : : | |
| Plaintiff, | : : | |
| v. | : : | Civil Action No.2:25-CV-03046-GAW |
| PROHASHING, LLC, | : : | |
| Defendant. | : : : | |

# **[PROPOSED] ORDER**

Upon consideration of the Parties' Joint Stipulation and good cause appearing, it is hereby

ORDERED that:

Plaintiff's deadline to reply to the Defendant's Motion is extended to November 8, 2025.

IT IS SO ORDERED this ___ day of _____, 2025.

 

_____
Hon. Gail A. Weilheimer
United States District Judge