IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED BRANDS AND MARKETING INTERNATIONAL S.ÀR.L, | : |
| Plaintiff, | : |
| v. | : Civil Action No.2:25-CV-03046-GAW |
| PROHASHING, LLC, | : |
| Defendant. | : |

**ORDER**

AND NOW this 10th day of December, 2025 upon consideration of the Parties' Joint Stipulation to Extended Plaintiff's Response Date, it is hereby ORDERED that as an accommodation due to the impending holidays, this Motion is GRANTED. This is the second time the deadline has been extended. Good cause has not been established for this extension. Plaintiff's response to the Defendant's pending Motion to Dismiss is due no later than January 7, 2026. No further extensions will be permitted.

_____
GAIL A. WEILHEIMER,    J.