## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED BRANDS AND MARKETING INTERNATIONAL S.ÀR.L, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No.2:25-CV-03046-GAW |
| | : | |
| PROHASHING, LLC, | : | |
| | : | |
| Defendant. | : | |
| | : | |
| | : | |

## **JOINT STIPULATION TO TRANSFER VENUE**

Plaintiff, United Brands and Marketing International S.àr.l ("Plaintiff"), by and through its counsel, and Defendant, Prohashing LLC ("Defendant"), by and through its counsel, hereby stipulate and agree, subject to the approval of the Court, as follows:

1. On September 24, 2025, Defendant filed a Motion to Dismiss or, Alternatively, to Transfer Venue, requesting that this action be transferred to the United States District Court for the Middle District of Pennsylvania under 28 U.S.C. §§ 1404(a), 1406(a), as cure for a defect or as *forum non conveniens*.

2. The Parties have conferred and agree that this action should be transferred to the United States District Court for the Middle District of Pennsylvania.

3. The Parties further agree that, upon transfer, all deadlines set by this Court shall be vacated.

4. Nothing in this Stipulation shall be construed as a waiver of any claim, defense, or argument by any Party, except that Plaintiff expressly consents to transfer of venue as set forth herein.

WHEREFORE, the Parties respectfully request that the Court enter the attached proposed Order transferring this action to the United States District Court for the Middle District of Pennsylvania.

Dated: January 7, 2026                                   Respectfully submitted,

**BULL BLOCKCHAIN LAW LLP**

By: */Andrew Bull/*
Andrew Bull (PA No. 323989)
Tyler Harttraft (PA No. 325148)
Charles Scrimalli (PA No. 332306)
21 S 11th Street
Philadelphia, PA 19107
Telephone: (215) 695-5860
Email: Andrew@bullblockchainlaw.com
Email: Tyler@bullblockchainlaw.com
Email: Charles@bullblockchainlaw.com

*Attorneys for Plaintiff*

**CORNERSTONE LAW FIRM LLC**

By: */Joel A. Ready/*
Joel A. Ready, Esquire
PA Attorney I.D. 321966
8500 Allentown Pike, STE 3
Blandon, PA 19510
Telephone: (610) 926-7875
Email: joel@cornerstonelaw.us

*Attorneys for Defendant*