IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED BRANDS AND MARKETING INTERNATIONAL S.ÀR.L, | : : : |
| Plaintiff, | : : |
| v. | : : Civil Action No.2:25-CV-03046-GAW |
| PROHASHING, LLC, | : : |
| Defendant. | : : : |

**[PROPOSED] ORDER TO TRANSFER VENUE**

Upon consideration of the Parties' Joint Stipulation to Transfer Venue and good cause appearing, it is hereby ORDERED that:

1. This action is TRANSFERRED to the United States District Court for the Middle District of Pennsylvania.

2. The Clerk of Court shall TRANSFER the file to the United States District Court for the Middle District of Pennsylvania and mark this case CLOSED in this Court.

IT IS SO ORDERED this ___ day of January 2026.

_____
Hon. Gail A. Weilheimer
United States District Judge